# HEARING MINUTES

| | |
|---|---|
| Cause No: | 4:25-cv-03754; 4:25-cv-03755; 4:25-cv-03757; 4:25-cv-03824; 4:25-cv-03830 |
| Style: | *Steward Health Care System LLC et al v. Lopez; Epstein; TRACO International Group S. De R.L.; Purohit et al; Purohit et al* |
| Hearing Type: | Status Conference |

**Appearances:**

| Counsel | Representing |
|---|---|
| Andrew Troop<br>Hugh McDonald | The Commonwealth of Massachusetts |
| Sumi Kay Sakata | Kevin M. Epstein |
| Greg Silbert | Debtor Appellees |
| Sarah Schultz | Official Committee of Unsecured Creditors |
| Michelle Pahmer | TRACO International Group S. De R.L. |
| Brett Lowe | Class A Trust Beneficiaries |
| Jennifer Novo | Plan Participants |

| | |
|---|---|
| Date:  May 27, 2026 | Court reporter: ERO – E. Franklin<br>Law Clerk:  E. Robins |

Time: 10:30 am – 11:43 am

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference (Dkt. 34).

The Commonwealth of Massachusetts briefed the Court. The Debtor Appellees briefed the Court. The Court reviewed the demonstrative (Dkt. 36) with the parties.

The Court **ORDERS** the parties to file status reports as discussed on the record **every 45 days**, starting on **Monday, July 13, 2026**.

The Court **ORDERS** the parties to file a joint proposed order abating the merits briefing and staying consideration of pending motions **by Monday, June 1, 2026.**

Any parties that feel their appeal should be considered while mediation is ongoing may file a motion asserting such on **Monday, July 13, 2026**.

The parties discussed the Motion of the Official Committee of Unsecured Creditors to Amend Meditation Order (Case No. 25-3754, Dkt. 26). The Court **DENIES** this Motion (Dkt. 26) **without prejudice** to being reasserted with the next status report.